BERLIN CONSTRUCTION COMPANY, Appellant, *v.* WATERVLIET FOUNDRY AND MACHINE COMPANY, Respondent.

*Berlin Construction Co.* v. *Watervlict F. & M. Co.*, 132 App. Div. 937, affirmed.
(Argued October 17, 1910; decided November 15, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May

25, 1909, affirming a judgment in favor of defendant entered upon the report of a referee in an action to foreclose a mechanic's lien.

*Andrew J. Nellis* for appellant.

*Samuel Foster* and *S. W. Russell, Jr.*, for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER and CHASE, JJ.